689 A.2d 131

IN THE MATTER OF ALBERT S. PARSONNET,
AN ATTORNEY AT LAW.

March 6, 1997.

## ORDER

**ALBERT S. PARSONNET of HILLSIDE,** who was admitted to the bar of this State in 1955, having pleaded guilty to receiving stolen property, in violation of *N.J.S.A.* 2C:20–7a, a crime of the fourth degree, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **ALBERT S. PARSONNET** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **ALBERT S. PARSONNET** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **ALBERT S. PARSONNET** comply with *Rule* 1:20–20 dealing with suspended attorneys.